## L. A. Ruda, Appellee, v. Martin L. Jennings, Appellant.

### Gen. No. 23,235.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN A. RICHARDSON, Judge, presiding.   Heard in the Branch Appellate Court at the March term, 1917.   Reversed and remanded.   Opinion filed April 16, 1918.

## Statement of the Case.

Action in replevin by L. A. Ruda, plaintiff, against Martin L. Jennings, defendant.   From a judgment for plaintiff, defendant appeals.

HAROLD O. MULKS, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

NEW TRIAL, § 50*—*when awarded in action of replevin.*   Where the title as well as the right to possession is an issue in an action of replevin, and the verdict is only as to the right of possession, the issue as to title is not determined and a new trial should be awarded.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.